SARGINS REALTY CO., INC., Respondent, v. LOTTIE SNYDER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THEODORA K. ZINN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of the Property of the NEW YORK AND QUEENS RAILWAY COMPANY, Which Is Subject to the Lien of the Mortgage Originally Made by Steinway Railway Company of Long Island City to the State Trust Company, as Trustee, Dated April 1, 1892, Appellants, v. ISLAND TRANSPORTATION CO., INC., Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and plaintiffs' motion for an injunction *pendente lite* granted, with ten dollars costs. No bus line may be operated in the city of New York without a franchise from the board of estimate and apportionment of the city (Greater N. Y. Charter, § 1458)■ and a certificate of convenience and necessity from the Public Service Commission of the State (Transp. Corp. Law, §§ 65, 66; Pub. Serv. Comm. Law, § 53).■ Defendant has failed to comply with these legal requirements. Plaintiffs are, therefore, entitled to the injunction applied for. (*Brooklyn City Railroad Co.* v. *Whalen*, 191 App. Div. 737; affd., 229 N. Y. 570; *Huff* v. *City of New York*, 202 App. Div. 425.) No emergency exists which would justify the operation of a bus line without compliance with these requirements. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

RHEA T. MCTAGUE, Respondent, v. JAMES J. CONROY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. [133 Misc. 312.]